Order entered August 26, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00821-CR

**TIMOTHY JAMES TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Pamela Lakatos to send appellant copies of the clerk's and reporter's records. We further **ORDER** Ms. Lakatos to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **NOVEMBER 6, 2015**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raymond Wheless, Presiding Judge, 366th Judicial District Court; Niki Garcia, official court reporter, 366th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; Pamela Lakatos; and the Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Taylor, TDCJ No. 0193859, Telford Unit, 3899 State Highway 98, New Boston, Texas 75570.


/s/     LANA MYERS
         JUSTICE